UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>        Plaintiff,<br>  v.<br><br>Paxton Jeffrey Anderson, et al.,<br><br>        Defendants. | CR 12-1606-PHX-SRB<br><br>**O R D E R**<br><br>**(Complex Case)** |

Pending before the Court is Defendant Anderson's Motion Pursuant to Local Rule 16.4 to Determine The Case as Complex [Doc. 32], noting the concurrence of counsel for all parties in the request and good cause appearing,

IT IS HEREBY FOUND that the case is complex pursuant to Local Rule 16.4.

IT IS FURTHER ORDERED that the parties are to attend a Scheduling Conference in this case on **January 7, 2013, at 2:15 p.m.** to address the dates by when various pleadings and other submissions must be exchanged among the parties and/or filed with the Court.

IT IS FURTHER ORDERED that the parties are to submit a joint proposed scheduling report no later than **Noon, January 3, 2013,** outlining deadlines for document and witness disclosure, for motions and for trial to which there is agreement. If there are deadlines for which there is not agreement, each party will state a proposed deadline and the justification.

IT IS FURTHER ORDERED vacating Trial on December 4, 2012. The Court will schedule a firm trial date at the Scheduling Conference. Defendant's Motion to Continue Trial

///

///

///

[Doc. 31] will remain pending until said hearing. Status Conference set on **November 19, 2012, at 4:00 p.m.** is vacated.

DATED this 9th day of November, 2012.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge