FILED ✓   ___ LODGED
___ RECEIVED   ___ COPY

JUN - 4 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-12-01606-PHX-SRB |
| Plaintiff, ) | |
| vs. ) | Jury Questions During Deliberations |
| Paxton Jeffrey Anderson, et al., ) | |
| Defendants. ) | |

CR-12-01606-PHX-SRB
USA v. Anderson et al.,

**Question:**

Would like to know the Ex #'s for Count 33

[signature]

Answer:
The parties suggest that you review Exhibits #726 and #1626

Susan R Bolton
6/3/14 at 4:20 PM

CR-12-01606-PHX-SRB
USA v. Anderson et al.,

**Question:** Request

All Ex #'s Related to Count #8

#12

Answer: The Sandra Anderson loan application is in Exhibit 820.
The jury should consider all of the evidence in deciding on the counts.

Susan R Bolton
1:50   6/4/14