UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR-12-01606-1-PHX-SRB |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| Paxton Jeffrey Anderson, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon Motion of Defendant, Paxton Anderson, by and through his attorney, for an Order to extend the time to file a motion for new trial, and supplemental motion for verdict of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure, the government having no objection and co-defendant Plany joining the motion [Doc. 221], and good cause appearing,

IT IS ORDERED granting Defendant's Motion [Doc. 218].

IT IS FURTHER ORDERED that the time for the defense counsel to file a motion for new trial and supplemental motion for verdict of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure be extended to **August 4, 2014.**

The Court finds excludable delay under 18 U.S.C. §3161(h) from ___ to ___.

DATED this 18th day of June, 2014.

_____
Susan R. Bolton
United States District Judge