**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com

Bruce Feder - State Bar No. 004832

attorney for Defendant Anderson

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                              )<br>     Plaintiff,                            )<br>                                              )<br>vs.                                         )<br>                                              )<br>Paxton Jeffrey Anderson,          )<br>                                              )<br>     Defendant.                        )<br>_____ ) | NO. CR12-01606-001-PHX-SRB<br><br>**NOTICE OF JOINDER IN DEFENDANT JOSEPH PLANY'S MOTION FOR NEW TRIAL AND FOR VERDICT OF ACQUITTAL** |

    The Defendant, Paxton Anderson, by and through his attorney undersigned, hereby joins in Defendant Plany's motion for new trial and for verdict of acquittal filed by Co-defendant Joseph Plany, by and through his attorney, Joy Bertrand.

    RESPECTFULLY SUBMITTED this 4th day of August, 2014.

                                    FEDER LAW OFFICE, P.A.


                                      s/Bruce Feder
                                    Bruce Feder
                                    Attorney for Defendant

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Kevin Rapp, Esq.

Joy Bertrand, Esq.


  s/Laurel Barord

2